15-25-00110-CV

FILED
TARRANT COUNTY
6/23/2025 9:44 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 348-364430-25

| | | |
|---|---|---|
| CITY OF LAKE WORTH, TEXAS, | § | IN THE DISTRICT COURT |
| | § | FILED IN |
| | § | 15th COURT OF APPEALS |
| *Plaintiff,* | § | AUSTIN, TEXAS |
| | § | |
| v. | § | 6/24/2025 9:54:24 AM |
| | § | |
| | § | CHRISTOPHER A. PRINE |
| PLEASANTON HOUSING FINANCE | § | Clerk |
| CORPORATION, A Texas nonprofit | § | 348TH JUDICAL DISTRICT |
| corporation, THE TARRANT | § | |
| APPRAISAL DISTRICT, and ISMAEL | § | |
| GALLEGOS, JOEY MACON, MARK | § | |
| PINKSTON, ZACHARY PAWELEK, | § | |
| SCOTT FERGUSON, LILIAN | § | |
| CASHMER, AND BRANDON HICKS, in | § | |
| their official capacities as Board Members | § | |
| of Pleasanton Housing Finance | § | |
| Corporation, | § | |
| | § | |
| | § | |
| *Defendants.* | § | TARRANT COUNTY, TEXAS |

---

## NOTICE OF ACCELERATED APPEAL

---

Pursuant to Rules 25.1 and 28.1 of the Texas Rules of Appellate Procedure, Defendants Pleasanton Housing Finance Corporation, Ismael Gallegos, Joey Macon, Mark Pinkston, Zacharay Pawelek, Scott Ferguson, Lilian Cashmer, and Brandon Hicks, in their official capacities as Board Members of Pleasanton Housing Finance Corporation (collectively, "**Pleasanton HFC**") state their desire to appeal the interlocutory Temporary Injunction Order Against Pleasanton HFC, the Tarrant Appraisal District, Ismael Gallegos, Joey Macon, Mark Pinkston, Zachary Pawelek, Scott Ferguson, Lilian Cashmer, and Brandon Hicks signed on June 3, 2025, in *City of Lake Worth, Texas v. Pleasanton Housing Finance Corporation, a Texas nonprofit corporation, The Tarrant Appraisal District, and Ismael Gallegos, Joey Macon, Mark Pinkston, Zachary Pawelek, Scott Ferguson, Lilian Cashmer, and Brandon Hicks in their official capacities as Board Members of Pleasanton Housing Finance Corporation*, Cause No. 348-364430-25, in the 348th Judicial District

Court, Tarrant County, Texas. Defendants appeal to the Court of Appeals for the Fifteenth District of Texas sitting in Austin, Texas.

This appeal is accelerated under Texas Rule of Appellate Procedure 28.1(a) and Section 51.014(a)(4) of the Texas Civil Practice and Remedies Code and is not "a parental termination or child protection case or an appeal from an order certifying a child to stand trial as an adult, as defined in Rule 28.4." TEX. R. APP. P. 25.1(d)(6).

This appeal involves a matter: "(A) brought by or against the state or a board, commission, department, office, or other agency in the executive branch of the state government, including a university system or institution of higher education; (B) brought by or against an officer or employee of the state or a board, commission, department, office, or other agency in the executive branch of the state government arising out of that officer's or employee's official conduct; or (C) in which a party to the proceeding challenges the constitutionality or validity of a state statute or rule and the attorney general is a party to the case." TEX. R. APP. P. 25.1(d)(9).

Dated: June 23, 2025

Respectfully submitted,

*/s/ Daniel J. Lecavalier*
Blake W. Stribling
Texas Bar No. 24070691
Daniel J. Lecavalier
Texas Bar No. 24129028
CHASNOFF | STRIBLING, LLP
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: 210-469-4155
Email: bstribling@chasnoffstribling.com
Email: dlecavalier@chasnoffstribling.com

*Counsel for Defendants Pleasanton Housing
Finance Corporation and Board Members*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served in compliance with the Texas Rules of Civil Procedure on this 23rd day of June, 2025, to the following counsel of record:

Wayne K. Olson
Tammy Ardolf
Marc A. Cavazos
TAYLOR, OLSON, ADKINS, SRALLA
  & ELAM, L.L.P.
6000 Western Place, Suite 200
Fort Worth, Texas 76107-3654
(817) 332.2580
(817) 332.4740 Fax
wolson@toase.com
tardolf@toase.com
mcavazos@toase.com

*Counsel for Plaintiff*
*City of Lake Worth, Texas*

James R. Evans, Jr.
LOW SWINNEY EVANS & JAMES, PLLC
Attorneys at Law
4425 South Mopac Expressway, Building 3,
Suite 400
Austin, Texas 78735
(512) 379-5800
jevans@lsejlaw.com

*Counsel for Tarrant Appraisal District*

*/s/ Daniel J. Lecavalier*
Daniel J. Lecavalier

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rachel Feltner on behalf of Daniel Lecavalier
Bar No. 24129028
rfeltner@chasnoffstribling.com
Envelope ID: 102330639
Filing Code Description: Notice of Appeal
Filing Description: Notice of Appeal
Status as of 6/24/2025 9:04 AM CST

Associated Case Party: THECITY OF LAKE WORTH TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tammy Ardolf | | tardolf@toase.com | 6/23/2025 9:44:16 PM | SENT |
| Wayne Olson | 15276900 | wolson@toase.com | 6/23/2025 9:44:16 PM | SENT |
| Marc Cavazos | | mcavazos@toase.com | 6/23/2025 9:44:16 PM | SENT |
| Natalee Maxwell | | nmaxwell@toase.com | 6/23/2025 9:44:16 PM | SENT |

Associated Case Party: THEPLEASANTON HOUSING FINANCE CORPORATION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kim Decker | | kdecker@chasnoffstribling.com | 6/23/2025 9:44:16 PM | SENT |
| Rachel Feltner | | rfeltner@chasnoffstribling.com | 6/23/2025 9:44:16 PM | SENT |
| Christopher Schluter | | cschluter@chasnoffstribling.com | 6/23/2025 9:44:16 PM | SENT |
| Julie Whitson | | jwhitson@chasnoffstribling.com | 6/23/2025 9:44:16 PM | SENT |
| Dan Lecavalier | | dlecavalier@chasnoffstribling.com | 6/23/2025 9:44:16 PM | SENT |
| Blake Stribling | | bstribling@chasnoffstribling.com | 6/23/2025 9:44:16 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Liz Hansen | | lhansen@lsejlaw.com | 6/23/2025 9:44:16 PM | SENT |
| Eric Ruiz | | eruiz@lsejlaw.com | 6/23/2025 9:44:16 PM | SENT |

Associated Case Party: THETARRANT APPRAISAL DISTRICT

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rachel Feltner on behalf of Daniel Lecavalier
Bar No. 24129028
rfeltner@chasnoffstribling.com
Envelope ID: 102330639
Filing Code Description: Notice of Appeal
Filing Description: Notice of Appeal
Status as of 6/24/2025 9:04 AM CST

Associated Case Party: THETARRANT APPRAISAL DISTRICT

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jim Evans | | jevans@lsejlaw.com | 6/23/2025 9:44:16 PM | SENT |

FILED
TARRANT COUNTY
6/3/2025 4:44 PM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 348-364430-25

| | | |
|---|---|---|
| **CITY OF LAKE WORTH, TEXAS** *Plaintiff,* | § § § § § | **IN THE DISTRICT COURT** |
| **v.** | § § | |
| **PLEASANTON HOUSING FINANCE CORPORATION, a Texas nonprofit corporation, THE TARRANT APPRAISAL DISTRICT, and ISMAEL GALLEGOS, JOEY MACON, MARK PINKSTON, ZACHARY PAWELEK, SCOTT FERGUSON, LILIAN CASHMER, AND BRANDON HICKS, in their official capacities as Board Members of Pleasanton Housing Finance Corporation, *Defendants.*** | § § § § § § § § § § § § § § § § | **348th JUDICIAL DISTRICT** |
| | | **TARRANT COUNTY, TEXAS** |

## TEMPORARY INJUNCTION ORDER AGAINST PLEASANTON HOUSING FINANCE CORPORATION, THE TARRANT APPRAISAL DISTRICT, ISMAEL GALLEGOS, JOEY MACON, MARK PINKSTON, ZACHARY PAWELEK, SCOTT FERGUSON, LILIAN CASHMER, AND BRANDON HICKS

On June 3, 2025, the Court heard the First Amended Application for Temporary Injunction filed by Plaintiff City of Lake Worth, Texas, against Defendants Pleasanton Housing Finance Corporation, the Tarrant Appraisal District, and Ismael Gallegos, Joey Macon, Mark Pinkston, Zachary Pawelek, Scott Ferguson, Lilian Cashmer, and Brandon Hicks, in their official capacity (Defendants).

After considering the pleadings, admissible evidence, including the testimony and exhibits admitted at the hearing, legal authority, and argument of counsel, the Court finds that the City of Lake Worth, Texas, is entitled to the issuance of a temporary injunction; the City of Lake Worth has asserted causes of action against Defendants; the City of Lake Worth has established a probable right to recover against Defendants; and unless Defendants are immediately temporarily enjoined as described below, the City of Lake Worth, Texas, will suffer irreparable injury, for which there is no adequate remedy at law.

**Temporary Injunction – Page 1**

**FINDINGS IN SUPPORT OF TEMPORARY INJUNCTION**

1.       The term "Neuhaus Lake Worth Apartments" refers to that development commonly known as a multi-family unit apartment complex located at 6201 Azle Ave., Lake Worth, Texas 76135.  The legal description of this property is:

> Lot 1, Block 1, of FDG-POH LAKE WORTH JV ADDITION, LOT 1, BLOCK 1, a subdivision to the City of Lake Worth, Tarrant County, Texas, according to the Plat thereof recorded in cc# D225063225, Real Property Records, Tarrant County, Texas.

2.       This Court has subject matter jurisdiction over this matter pursuant to TEX. CIV. PRAC. & REM. CODE § 37.003 and TEX. TAX CODE § 43.01.

3.       Defendant Tarrant Appraisal District's governmental immunity has been expressly waived by TEX. TAX CODE § 43.01.

4.       The City of Lake Worth, Texas, will suffer imminent and irreparable harm if Defendant Pleasanton Housing Finance Corporation is allowed to purchase properties in Lake Worth, Texas, and seek full tax exemptions for those properties.  Specifically, if a temporary injunction is not entered and Defendant Pleasanton Housing Finance Corporation is allowed to remove over a million dollars in ad valorem tax revenue from the tax rolls, this will immediately and drastically impact Plaintiff's fiscal budgeting and decrease the ad valorem taxes it otherwise could have collected from these properties.  There is no adequate remedy at law with regard to the impact on city services.

**IT IS THEREFORE ORDERED** that the following activity is temporarily enjoined as to the below-named Defendants, their officers, agents, employees, servants, and attorneys, and those in active concert or participation with them who receive actual notice of this order as follows:

1. Pleasanton Housing Finance Corporation and Defendant Board Members Ismael Gallegos, Joey Macon, Mark Pinkston, Zachary Pawelek, Scott Ferguson, Lilian Cashmer, and

Brandon Hicks in their official capacity are prohibited from purchasing or approving the purchase of real property located in the City of Lake Worth, Texas;

2. Pleasanton Housing Finance Corporation and Defendant Board Members Ismael Gallegos, Joey Macon, Mark Pinkston, Zachary Pawelek, Scott Ferguson, Lilian Cashmer, and Brandon Hicks in their official capacity are prohibited from requesting, approving, or obtaining tax exemptions for any real property located in the City of Lake Worth, Texas, to include but not be limited to the Neuhaus Lake Worth Apartments; and

3. The Tarrant Appraisal District is prohibited from granting tax exemptions requested by Pleasanton HFC regarding any real property located in the City of Lake Worth, Texas, to include but not be limited to the Neuhaus Lake Worth Apartments.

**IT IS FURTHER ORDERED** that this temporary injunction shall remain in effect until further order of this Court or after a trial on the merits has concluded.

The City of Lake Worth, Texas, is exempt from posting a bond pursuant to § 6.002 of the Texas Civil Practice and Remedies Code.

**IT IS FURTHER ORDERED** that the trial on the merits of this case is set for the week of December 1, 2025.

 Signed: June 3, 2025, at 4:39 p.m.


_____
Judge Presiding

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 101576354
Filing Code Description: No Fee Documents
Filing Description: TEMP INJ
Status as of 6/3/2025 4:56 PM CST

Associated Case Party: THECITY OF LAKE WORTH TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tammy Ardolf | | tardolf@toase.com | 6/3/2025 4:44:58 PM | SENT |
| Wayne Olson | 15276900 | wolson@toase.com | 6/3/2025 4:44:58 PM | SENT |
| Natalee Maxwell | | nmaxwell@toase.com | 6/3/2025 4:44:58 PM | SENT |
| Marc Cavazos | | mcavazos@toase.com | 6/3/2025 4:44:58 PM | SENT |
| Marc Cavazos | | mcavazos@toase.com | 6/3/2025 4:44:58 PM | SENT |

Associated Case Party: THEPLEASANTON HOUSING FINANCE CORPORATION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kim Decker | | kdecker@chasnoffstribling.com | 6/3/2025 4:44:58 PM | SENT |
| Lisa O'Sullivan | | losullivan@chasnoffstribling.com | 6/3/2025 4:44:58 PM | SENT |
| Dan Lecavalier | | dlecavalier@chasnoffstribling.com | 6/3/2025 4:44:58 PM | SENT |
| Blake Stribling | | bstribling@chasnoffstribling.com | 6/3/2025 4:44:58 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Liz Hansen | | lhansen@lsejlaw.com | 6/3/2025 4:44:58 PM | SENT |
| Eric Ruiz | | eruiz@lsejlaw.com | 6/3/2025 4:44:58 PM | SENT |

Associated Case Party: THETARRANT APPRAISAL DISTRICT

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jim Evans | | jevans@lsejlaw.com | 6/3/2025 4:44:58 PM | SENT |